## 64677. NORTHSIDE CLEANERS, INC. v. PALEOLOGOU.

SHULMAN, Presiding Judge.

This appeal from the denial of summary judgment was filed without compliance with the statutory procedures for interlocutory appeal. Since the denial of summary judgment is not directly appealable under Code Ann. § 6-701, this appeal must be dismissed. *Bell v. Rodgers,* 158 Ga. App. 507 (281 SE2d 647); Code Ann. § 81A-156 (h).

*Appeal dismissed. Quillian, C. J., and Carley, J., concur.*

DECIDED OCTOBER 8, 1982.

James B. Drew, Jr., *for appellant.*
Platon P. Constantinides, *for appellee.*